# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135566

MARK EARL WHITE, #228524

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 135566
CoA: 281030

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 3, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2008

_____
Clerk

jm